1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HAT HOR,

      Petitioner,

   v.

JANET NAPOLITANO, Secretary of the United States Department of Homeland Security, et al.,

      Respondent.

Case No. C11-240RSL

ORDER TO SHOW CAUSE

On March 31, 2011, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on April 7, 2011, as petitioner apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for June 17, 2011. If petitioner fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

1    Dated this 14th day of April, 2011.

*[signature: M S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2